1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    SADIA SYED, et al.,                          )   Case No.: 1:21-cv-1442 DAD JLT
                                                   )
12                   Plaintiffs,                   )   ORDER TO THE PLAINTIFF TO SHOW CAUSE
                                                   )   WHY SANCTIONS SHOULD NOT BE IMPOSED
13           v.                                    )   FOR FAILURE TO PROSECUTE THIS ACTION
                                                   )   AND COMPLY WITH THE COURT'S ORDERS;
14    JAMIE LYNN MCGOWEN, et al.,                  )   ORDER CONTINUING THE SCHEDULING
                                                   )   CONFERENCE
15                   Defendans.                    )
                                                   )
16

17          The plaintiff initiated this action on September 28, 2021. (Doc. 1) The Clerk of Court issued the

18    summons and the order setting the mandatory scheduling conference the same day (Docs. 2, 3) The

19    order setting the mandatory scheduling conference reads,

20          The Court is unable to conduct a scheduling conference until defendants have been
            served with the summons and complaint. Accordingly, plaintiff(s) shall diligently
21          pursue service of summons and complaint and dismiss those defendants against whom
            plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of
22          the summons and complaint so the Court has a record of service. Counsel are referred
            to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint
23          Failure to timely serve the summons and complaint may result in the imposition of
            sanctions, including the dismissal of unserved defendants.
24

25    (Doc. 3 at 1) The plaintiff has not filed a proof of service, and neither defendant has appeared.

26    Therefore, the Court **ORDERS**:

27          1.      **No later than December 17, 2021,** the plaintiff **SHALL** show cause why sanctions

28    should not be imposed for the failure to prosecute this action and to serve the summons and complaint

                                                      1

1   in a timely fashion as ordered. Alternatively, the plaintiff may file a proof of service demonstrating the

2   summons and complaint has been served

3         2.      The scheduling conference is **CONTINUED** to **<u>February 11, 2022 at 8:30 a.m.</u>**

4         Failure to respond may result in the Court recommending dismissal of the action.

5

6   IT IS SO ORDERED.

7       Dated:   **<u>December 4, 2021</u>**      _____ **/s/ Jennifer L. Thurston**

8                                CHIEF UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28