

United States District Court
Eastern District of California

| Sadia Syed, and Big Boss, LLC |
| --- |

Plaintiff(s)

Case Number: | 1:21-cv-01442-DAD-JLT |
| --- |

V.

| Jamie Lynn McGowen, & Gerald Earl Killeen |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Eric B. Dennis _____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Sadia Syed and Big Boss, LLC
_____

On _____10/12/2021_____ (date), I was admitted to practice and presently in good standing in the
_____Oregon State Circuit Courts_____ (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date:_____12/07/2021_____     Signature of Applicant: /s/ Eric. B. Dennis _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eric B. Dennis |
| Law Firm Name: | Blackwell Law, P.C. |
| Address: | 747 Blair Blvd. |
| | PO Box 10326 |
| City: | Eugene      State: OR      Zip: 97440 |
| Phone Number w/Area Code: | (541) 345-8800 |
| City and State of Residence: | Eugene, Oregon |
| Primary E-mail Address: | edennis@blackwell.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michelle A. Blackwell |
| Law Firm Name: | Blackwell Law, P.C. |
| Address: | 747 Blair Blvd. |
| | PO Box 10326 |
| City: | Eugene      State: OR      Zip: 97440 |
| Phone Number w/Area Code: | (541) 345-8800      Bar # 229861 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ___December 13, 2021___          _____

                                          JUDGE, U.S. DISTRICT COURT